UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: )
    Debra Sue Stepp ) Case No. **20-06831-RLM-13**
    Debtor )

**MOTION FOR DETERMINATION OF**
**POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

Debtor, by counsel, hereby moves the Court for determination of Postpetition Mortgage Fees, Expenses, and Charges, and in support of this motion states:

1. On May 27, 2021, U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust ("Creditor") filed its *Notice of Postpetition Mortgage Fees, Expenses, and Charges* ("Notice").

2. The Notice seeks Bankruptcy/Proof of claim fees "2/22/21: Proof of Claim $950, $250" in the amount of $1,200.00, Property inspection fees "1/5/21: $1.5, $15, 2/11/21: $15, $1.5, 4/28/21: $15, $1.5" in the amount of $66.00, and Other "Sale Costs: 12/9/20: $298.96, 12/9/20: $266, 12/16/20: $10" in the amount of $574.96.

3. The "Sale Costs" appear to be included in Creditor's Proof of Claim (#4 in this case) and are clearly prepetition and therefore should not be included in Creditor's Notice of Postpetition Mortgage Fees.

4. Bankruptcy/Proof of Claim Fees totaling $1,200 are unreasonable and should be reduced to a reasonable amount. Typical fees in this district are $400 to $700.

5. There is no way from the information filed to determine what was done, how much time was spent on it, how much the attorney's hourly rate is, and whether the fee was reasonable, and therefore it should be disallowed entirely.

WHEREFORE, Debtor asks that the Court to set a hearing to determine whether the amount of Creditor's Postpetition Mortgage Fees, Expenses, and Charges requested on May 27, 2021 is reasonable or excessive, and that the Court order that Creditor's postpettition fees be disallowed, and for such other relief as is just and proper.

Respectfully submitted,

/s/Jerry E. Smith
Jerry E. Smith #28071-49, Attorney for Debtor
JERRY E. SMITH, ATTORNEY CPA, PC
320 N. Meridian St., Suite 801
Indianapolis, IN 46204
Phone: (317) 917-8680
Fax: (866) 567-6529
Email: jerry@debtlaw.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

| | |
|---|---|
| Office of the U.S. Trustee | ustpregion10.in.ecf.usdoj.gov |
| Ann M. DeLaney, Chapter 13 Trustee | ECFdelaney@trustee13.com |
| Laura A DuVall | Laura.Duvall@usdoj.gov |
| Molly Slutsky Simons | bankruptcy@sottileandbarile.com |

/s/Jerry E. Smith
Jerry E. Smith