Fill in this information to identify the case:

Debtor 1 __Debra Sue Stepp__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Indiana__
(State)

Case number __20-06831-RLM-13__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): __4-1__

**Last 4 digits** of any number you use to identify the debtor's account: __7__ __4__ __1__ __8__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 2/22/21: Proof of Claim $950, $250 | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 1/5/21: $1.5, $15, 2/11/21: $15, $1.5, 3/29/21: 15, $1.5, 4/28/21: $15, $1.5 | (7) | $ 66.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: | Sale Costs: 12/9/20: $298.96, 12/9/20: $266, 12/16/20: $10 | (11) | $ 574.96 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | Debra Sue Stepp | Case number (if known) 20-06831-RLM-13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date  5 / 27 / 2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Doyle & Foutty, PC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | |
| **Address:** | 41 E. Washington St, Suite 400 Suite 400 Indianapolis, IN 46204 | | 4275 EAST 71ST ST INDIANAPOLIS, IN 46220 | **Invoice Status:** **Loan No.:** **Loan Type:** | ACH Confirmed (Exc) Conventional |
| **Payee Code:** | ATDOYLE | | | **Acquistion Date:** | |
| **Vendor Contact:** | ith | | | **Type:** | Judicial |
| **Vendor Ref #:** | | | | **Referral Date :** | 9/18/2017 |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | | | | **Submitted Date:** | **12/16/2020** |
| **Investor Name** | | | | **Vendor Invoice Date:** | 12/16/2020 |
| **Invoice ID** | | | | **Paid In Full Date:** | N/A |
| **Litigation Status Code:** | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| **Man Code:** | B | | | **Relief Requested Date:** | N/A |
| **Milestone fee allowed:** | $2,520.00 | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |
| | View all events | | | | |
| **Original Mortgage Amount:** | $390,000.00 | | | | |



**Foreclosure - Foreclosure Services - Judicial**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 12/16/2020 | 12/18/2020 | 12/18/2020 | | 12/18/2020 | 12/18/2020 | 12/22/2020 | 3 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $225.00 | Invoicing Prev. Billed: | $225.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $574.96 | Invoicing Prev. Billed: | $794.26 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $799.96 | Prev. Billed: | $1,019.26 | **Loan Total Fees/Costs Prev.Billed:** $1,019.26 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Reset Sale | 09/25/20 | 1 | $225.00 | $225.00 | $0.00 | $225.00 |

Note: The sale date of 07/15/2020 was requested cancelled due to a loss mitigation review. - New sale was set for 12/18/20

| | | | | Total: | $225.00 | $0.00 | $225.00 |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Sale Costs | Selling Officer/Sheriff Cancellation Fee | 12/16/20 | 1 | $10.00 | $10.00 | $0.00 | $10.00 |
| | Note: Costs to cancel 12/18/20 sale | | | | | | |
| Sale Costs | Sheriff Fees/Commissions | 12/09/20 | 1 | $266.00 | $266.00 | $0.00 | $266.00 |
| Sale Costs | Sale Publication | 12/09/20 | 1 | $298.96 | $298.96 | $0.00 | $298.96 |

Note: 12/18/20 sale pub
**Exceptions:** Exceeds Unit Allowable

| | | | | Total: | $574.96 | $0.00 | $574.96 |
| | | | | Invoice Total: | $799.96 | $0.00 | $799.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | | ▉ |
| **Address:** | 7887 Safeguard Circle | | 4275 EAST 71ST ST | **Invoice Status:** | | ACH Confirmed |
| | Valley View, OH 44125-5742 | | INDIANAPOLIS, IN 46220 | **Loan No.:** | | ▉ |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | | Conventional |
| **Vendor Contact:** | Warren Wade | | | **Acquistion Date:** | | |
| **Vendor Ref #:** | ▉ | | | **Type:** | | Non-Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | | 12/14/2020 |
| | | | | **Loan Location:** | | |
| **Inv. ID / Cat. ID** | | | | **Submitted Date:** | | 1/6/2021 |
| **Investor Name** | ▉ | | | **Vendor Invoice Date:** | | 1/5/2021 |
| **Invoice ID** | ▉ | | | **Paid In Full Date:** | | N/A |
| **Litigation Status Code:** | | | | **Foreclosure Removal Date:** | | N/A |
| | | | | **MS Status:** | | N/A |
| **Man Code:** | B | | | **Relief Requested Date:** | | N/A |
| | | | | **Protection Begin Date:** | | N/A |
| | | | | **Protection End Date:** | | N/A |

**Original Mortgage Amount:**   $390,000.00

### Property Insp. - Property Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 01/06/2021 | | | | 01/07/2021 | 01/07/2021 | 01/09/2021 | 2 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| **Costs** | Total: | $16.50 | Invoicing Prev. Billed: | $165.00 | Exc. Loan Allow: | | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | | |
| **Totals** | Inv Amt: | $16.50 | Prev. Billed: | $165.00 | Loan Total Fees/Costs Prev.Billed: | | $2,174.22 | Exc Ord Allw: | |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Photos | 01/05/21 | 1 | $1.50 | $1.50 | $0.00 | $1.50 |
| **Note:** Inspection Photos | | | | | | | |
| Property Services | Insp - Occupancy Inspection | 01/05/21 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note:** VERIFY IF OCCUPIED,VACANT | | | | | | | |
| | | | | Total: | $16.50 | $0.00 | $16.50 |
| | | | | Invoice Total: | $16.50 | $0.00 | $16.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | | ACH Confirmed |
| **Address:** | 7887 Safeguard Circle | | 4275 EAST 71ST ST | **Invoice Status:** | | |
| | Valley View, OH 44125-5742 | | INDIANAPOLIS, IN 46220 | **Loan No.:** | | |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | | Conventional |
| **Vendor Contact:** | Warren Wade | | | **Acquistion Date:** | | |
| **Vendor Ref #:** | | | | **Type:** | | Non-Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | | 2/16/2021 |
| | | | | **Loan Location:** | | |
| **Inv. ID / Cat. ID** | | | | **Submitted Date:** | | 2/23/2021 |
| **Investor Name** | | | | **Vendor Invoice Date:** | | 2/22/2021 |
| **Invoice ID** | | | | **Paid In Full Date:** | | N/A |
| **Litigation Status Code:** | | | | **Foreclosure Removal Date:** | | N/A |
| | | | | **MS Status:** | | N/A |
| **Man Code:** | B | | | **Relief Requested Date:** | | N/A |
| | | | | **Protection Begin Date:** | | N/A |
| | | | | **Protection End Date:** | | N/A |

**Original Mortgage Amount:**    $390,000.00

### Property Insp. - Property Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 02/23/2021 | | | | 02/25/2021 | 02/25/2021 | 02/27/2021 | 3 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| **Costs** | Total: | $16.50 | Invoicing Prev. Billed: | $181.50 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt** | $16.50 | **Prev. Billed:** | $181.50 | **Loan Total Fees/Costs Prev.Billed:** | $2,190.72 | **Exc Ord Allw:** | |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Insp - Drive By Inspection with Photos | 02/22/21 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note:** BANKRUPTCY - NO CONTACT!! | | | | | | | |
| Property Services | Photos | 02/22/21 | 1 | $1.50 | $1.50 | $0.00 | $1.50 |
| **Note:** Inspection Photos | | | | | | | |
| | | | | **Total:** | $16.50 | $0.00 | $16.50 |
| | | | | **Invoice Total:** | $16.50 | $0.00 | $16.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Sottile & Barile, LLC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | |
| **Address:** | 394 Wards Corner Road<br>Suite 180<br>Loveland, OH 44136 | | 4275 EAST 71ST ST<br>INDIANAPOLIS, IN 46220 | **Invoice Status:**<br>**Loan No.:**<br>**Loan Type:** | Check Confirmed (Exc/Res)<br><br>Conventional |
| **Payee Code:** | ATSOTTILE | | | **Acquistion Date:** | |
| **Vendor Contact:** | Jessy Engel | | | **Type:** | Non-Judicial |
| **Vendor Ref #:** | | | | **Referral Date :** | 12/30/2020 |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | | | | **BK Case No:** | 20-06831 |
| **Investor Name** | | | | **Submitted Date:** | **3/26/2021** |
| **Invoice ID** | | | | **Vendor Invoice Date:** | 3/26/2021 |
| **Litigation Status Code:** | | | | **Paid In Full Date:**<br>**Foreclosure Removal Date:** | N/A<br>N/A |
| **Man Code:** | B | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |



**Original Mortgage Amount:**　$390,000.00

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/26/2021 | 03/30/2021 | 03/31/2021 | | 03/31/2021 | 03/31/2021 | 04/01/2021 | 6 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $1,200.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $1,200.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $2,207.22 | Exc Ord Allw: |

### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 02/22/21 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| Attorney Fees | Proof of Claim | 02/22/21 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Exceptions:** Line Item was used multiple times on the invoice

| | | Total: | $1,200.00 | $0.00 | $1,200.00 |
|---|---|---|---|---|---|
| | | Invoice Total: | $1,200.00 | $0.00 | $1,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | |
| **Address:** | 7887 Safeguard Circle | | 4275 EAST 71ST ST | **Invoice Status:** | ACH Confirmed |
| | Valley View, OH 44125-5742 | | INDIANAPOLIS, IN 46220 | **Loan No.:** | |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | Conventional |
| **Vendor Contact:** | Demond Eiland | | | **Acquistion Date:** | |
| **Vendor Ref #:** | | | | **Type:** | Non-Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 3/15/2021 |
| | | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | | | | **Submitted Date:** | 3/30/2021 |
| **Investor Name** | | | | **Vendor Invoice Date:** | 3/29/2021 |
| **Invoice ID** | | | | **Paid In Full Date:** | N/A |
| **Litigation Status Code:** | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| **Man Code:** | B | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:** $390,000.00

### Property Insp. - Property Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/30/2021 | | | | 04/02/2021 | 04/02/2021 | 04/06/2021 | 4 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| **Costs** | Total: | $16.50 | Invoicing Prev. Billed: | $198.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | Inv Amt: | $16.50 | Prev. Billed: | $198.00 | Loan Total Fees/Costs Prev.Billed: | $3,407.22 | Exc Ord Allw: | |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Insp - Drive By Inspection with Photos | 03/29/21 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note:** BANKRUPTCY - NO CONTACT!! | | | | | | | |
| Property Services | Photos | 03/29/21 | 1 | $1.50 | $1.50 | $0.00 | $1.50 |
| **Note:** Inspection Photos | | | | | | | |
| | | | | Total: | $16.50 | $0.00 | $16.50 |
| | | | | Invoice Total: | $16.50 | $0.00 | $16.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | PHILLIPS SUE V | **Invoice Number:** | ▮ |
| **Address:** | 7887 Safeguard Circle | | 4275 EAST 71ST ST | **Invoice Status:** | ACH Confirmed (Exc) |
| | Valley View, OH 44125-5742 | | INDIANAPOLIS, IN 46220 | **Loan No.:** | ▮ |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | Conventional |
| **Vendor Contact:** | Demond Eiland | | | **Acquistion Date:** | |
| **Vendor Ref #:** | ▮ | | | **Type:** | Non-Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 4/12/2021 |
| | | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | ▮ | | | **Submitted Date:** | 4/29/2021 |
| **Investor Name** | ▮ | | | **Vendor Invoice Date:** | 4/28/2021 |
| **Invoice ID** | ▮ | | | **Paid In Full Date:** | N/A |
| **Litigation Status Code:** | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| **Man Code:** | B | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:**   $390,000.00

### Property Insp. - Property Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/29/2021 | | | | 05/05/2021 | 05/05/2021 | 05/07/2021 | 7 |

Dept | Comments | **Line Items** | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| **Costs** | Total: | $16.50 | Invoicing Prev. Billed: | $214.50 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | $16.50 | **Prev. Billed:** | $214.50 | Loan Total Fees/Costs Prev.Billed: | $3,423.72 | **Exc Ord Allw:** | |

### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Insp - Drive By Inspection with Photos | 04/28/21 | 1 | $15.00 | $15.00 | $0.00 | $15.00 |
| **Note:** BANKRUPTCY - NO CONTACT!! | | | | | | | |
| Property Services | Photos | 04/28/21 | 1 | $1.50 | $1.50 | $0.00 | $1.50 |
| **Note:** Inspection Photos | | | | | | | |
| | | | | **Total:** | $16.50 | $0.00 | $16.50 |
| | | | | **Invoice Total:** | $16.50 | $0.00 | $16.50 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 20-06831-RLM-13 |
| Debra Sue Stepp, fka Debra Sue Haddad, fka Debra Sue Haddad-Stepp, fka Debra Sue Phillips | Chapter 13 |
| Debtor | Judge Robyn L. Moberly |

## CERTIFICATE OF SERVICE

I certify that on May 27, 2021, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Jerry E. Smith, Debtor's Counsel
    jerry@debtlaw.us

    Ann M. DeLaney, Trustee
    ECFdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 27, 2021, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Debra Sue Stepp, Debtor
    4275 E 71st St
    Indianapolis, IN 46220

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor